IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:21-cr-0009 |
| ) | |
| **GERALDO ALVERIO MORALES, JESUS** ) | |
| **JAVIER LEBRON PINTO, ALCIBIADES FLIS** ) | |
| **BATISTA, and JOSHUA LABOY LOZADA,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

**THIS MATTER** came before the Court for a status conference held on March 29, 2023. For the reasons stated on the record, the Court finds that the ends of justice served by extending the period in which the trial must begin in this matter outweighs the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(1)(A). The premises considered, it is hereby

**ORDERED** that the time beginning from the date of this order granting an extension through September 25, 2023, shall be excluded in computing the time within which the trial in this matter must be initiated pursuant to 18 U.S.C. § 3161; and it is further

**ORDERED** that the Jury Selection and Trial in this matter previously scheduled for April 3, 2023, are **RESCHEDULED** to commence promptly at 9:00 A.M. on September 25, 2023, in St. Thomas Courtroom 1.

**Dated:** March 30, 2023

s/ *Robert A. Molloy*
ROBERT A. MOLLOY
Chief Judge